UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 0 1 2013

FILED
DOCKETED _____ DATE _____ INITIAL

| | | |
|---|---|---|
| OLGA L. TOSCANO, | ) | |
|     Petitioner-Appellant, | ) | 12-57323 |
| | ) | Civil Action No: |
| Vs. | ) | 8:12cv-00078 |
| | ) | 8:04-cr-00281-AHS-3 |
| | ) | Central District California |
| UNITED STATES OF AMERICA, | ) | Santa Ana Division |
|     Respondent. | ) | |
| _____ | ) | |

MOTION FOR EXTENSION OF TIME

    COMES NOW, OLGA L. TOSCANO, Petitioner-Appellant In the foregoing cause of action who respectfully moves this Honorable Court for an Extension of Time to file required documents pertaining to Application for Certificate of Appealability.

    In support of this request Petitioner-Appellant submits the following;

    Petitioner-Appellant states that, she needs the additional time past the due date of July 1, 2013 in which to file. Petitioner-Appellant is requesting an additional ninety (20) days in which to prepare and file the documents.

    Petitioner-Appellant is proceeding pro se, as such; she is not versed in the protocol of law and requires additional time to access

Inmate law library, research, prepare, purchase copy cards from commissary, copy documents as well as meet mail room time frame for sending legal mail.

In addition, as a consequence of proceeding in pro se status without being able to afford any fees Toscano requests to proceed in forma pauperis. She has to access certain staff for assistance with parts of this form, who are not consistently available

The 1915 form requesting to be allowed to proceed in forma pauperis requires access to certain financial information and the verification of certain documentation from them officials at this facility. This raises an additional time frame/ office hours to meet.

Petitioner- Appellant submits that the seriousness of the issue of pursuing relief through the appeals process requires that Petitioner-Appellant-Appellant be given additional time to meet all requirements to proceed.

WHEREFORE PREMISES CONSIDERED, Petitioner-Appellant requests that the court Grant her;

(a) an extension of ninety (20) days from the date of July 1, 2013, to meet the requirements for filing for all forms due ;

(c) any additional relief the court deems just and proper to make.

Respectfully Submitted,

This 28, day of July, 2013.

*[signature: Olga L. Toscano]*

Olga L. Toscano,
Petitioner-Appellant,
pro se
Fed. Reg. No 28680-112
FCI Dublin
Federal Correctional Institution
5701 8th Street-Camp Parks
Dublin, Ca. 94568

Case: 12-57323   07/01/2013   ID: 8690320   DktEntry: 13   Page: 4 of 5

RECEIVED
MOLLY DWYER, CLERK
U.S. COURT OF APPEALS

JUL 01 2013

FILED
DOCKETED         DATE         INITIAL

# CERTIFICATE OF SERVICE
## CAUSE NO(S): 12-57323

I, OLGA L. TOSCANO, Fed. Reg. No: 28680-112, Petitioner-Appellant in the foregoing action, do hereby certify that on this 28 day of June, 2013, I have served a true and correct copy of the following;

**MOTION FOR EXTENSION OF TIME TO FILE**

Upon all parties involved in the matter, to wit:

**Ms. Jeannie M Joseph**
AUSA - Office of US Attorney
Criminal Division
411 West 4th Street Suite 8000
Santa Ana, CA 92701-4599

with sufficient postage attached thereupon to carry same to its destination,

this 28 day of June 2013.

OLGA L. TOSCANO,

Petitioner-Appellant,
pro se
Fed. Reg. No 28680-112
FCI Dublin
Federal Correctional Institution

- 4

5701 8th Street-Camp Parks
Dublin, Ca. 94568